[59594-1   En Banc.   September 9, 1994.]

QUEEN CITY FARMS, INC., *Respondent*, v. THE CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA, ET AL., *Petitioners*.

The opinion in the above captioned case as reported in the advance sheets at 124 Wn.2d 536-617 has been amended by orders of the Supreme Court September 29, 1994, and March 22, 1995. The opinion, as amended, is republished at 126 Wn.2d 50.